**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MELANIE RADY, individually                                   CASE NO.:
and on behalf of all others similarly situated

      Plaintiff,

v.

PANAMERICAN CONSULTING, LLC,

      Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, Panamerican Consulting, LLC ("Panamerican"), by and through the undersigned attorneys, and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446, Federal Rule of Civil Procedure 81(c), as well as with full reservation of all available defenses, hereby removes this action styled *Melanie Rady v. Panamerican Consulting, LLC*, filed in the Circuit Court of Cook County, Illinois County Department, Chancery Division, Case No.: 2023CH08174 (the "Action") to the United States District Court for the Northern District of Illinois, Eastern Division. In support of this Notice of Removal, Defendant states as follows:

### I.    BACKGROUND

1.    On or about September 14, 2023, Plaintiff, Melanie Rady ("Plaintiff") filed her Complaint in the Action premised on purported violations of the Illinois Consumer Fraud and Deceptive Business Practices Act, ("ICFA"), the Illinois Debt Settlement Consumer Protection Act ("DSCPA") and the Credit Repair Organizations Act, 15 U.S.C. § 1679 *et seq.* ("CROA").

2.    On or about September 21, 2023, Defendant first received a copy of the Summons and the Complaint. A true and legible copy of all process, pleadings, orders, and other papers or

exhibits of every kind then on file in the Circuit Court of Cook County, Illinois County Department, Chancery Division are attached hereto as **Composite Exhibit "A**."

3.      Panamerican is the only defendant in the Action, and therefore, no other defendants are required to consent to the Notice of Removal and the rule of unanimity is satisfied.

4.      Panamerican now timely removes this Action to this Court.

**II.      <u>BASIS FOR JURISDICTION</u>**

5.      This Court has jurisdiction over this removed action pursuant to 28 U.S.C. §§ 1331, 1367 and 1441(a).

6.      Plaintiff's claim could have been originally filed in this Court pursuant to 28 U.S.C. § 1331, as this Court has original jurisdiction over all civil actions arising under the "Constitution, laws, or treaties of the United States." As a result, and because Plaintiff's claim arises under the CROA, federal question jurisdiction exists.

7.      Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." This Court has federal question jurisdiction, and this Action, originally brought in the Circuit Court of Cook County, Illinois County Department, Chancery Division is removable to the United States District Court for the Northern District of Illinois, Eastern Division.

8.      Pursuant to 28 U.S.C § 1367(a) "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." Because this Court

55731638.1

has original jurisdiction over Plaintiff's claim arising under the CROA, Plaintiff's claims arising under ICFA, as well as Plaintiff's claims arising under DSCPA are so related to Plaintiff's claims arising under the CROA, this Court shall have supplemental jurisdiction over Plaintiff's claims arising under the ICFA and DSCPA.

9.  Accordingly, because Plaintiff's Complaint asserts a claim arising out of a statute of the United States, this Court has federal question jurisdiction over the entirety of this Action.

### III.  NOTICE GIVEN

10.  Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of the instant Notice of Removal will be promptly served on all Parties, and a copy will be promptly filed with the Clerk of Court in the Circuit Court of Cook County, Illinois County Department, Chancery Division. A copy of the Notice of Filing of Notice of Removal that will be promptly served on all Parties and filed with the Clerk of Court in the Circuit Court of Cook County, Illinois County Department, Chancery Division is attached hereto as **Exhibit "B**."

### IV.  REMOVAL IS TIMELY

11.  Defendant was first served with Plaintiff's Complaint on September 21, 2023. The instant Notice of Removal has been timely filed within thirty (30) days of Defendants' receipt of the Complaint as required by 28 U.S.C. § 1446(b). Accordingly, removal of this Action to the United States District Court for the Northern District of Illinois, Eastern Division is proper and timely.

### V.  PLEADINGS AND PROCESS

12.  As required by 28 U.S.C. § 1446(a), Defendant has attached copies of all circuit court process and pleadings, as well as the state court's docket sheet, to this Notice of Removal. A true and legible copy of all process, pleadings, orders, and other papers or exhibits of every kind

55731638.1

then on file in the Circuit Court of Cook County, Illinois County Department, Chancery Division are attached hereto as **Composite Exhibit "A**."

**VI.**     **VENUE**

13.     Pursuant to 28 U.S.C. § 1441(a), venue in this district is proper because this Action is currently pending in the Circuit Court of Cook County, Illinois County Department, Chancery Division, a court sitting within the United States District Court for the Northern District of Illinois, Eastern Division.

**VII.**     **NON-WAIVER OF DEFENSES**

14.     Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant's right to assert any defense or affirmative matter, including without limitation a motion to dismiss pursuant to Fed. R. Civ. P. 12.

**ACCORDINGLY**, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446 this Court has jurisdiction over this Action, and Defendant, Panamerican Consulting, LLC hereby removes this Action from the Circuit Court of Cook County, Illinois County Department, Chancery Division to this United States District Court for the Northern District of Illinois, Eastern Division.

Dated: October 20, 2023.                    Respectfully submitted,

By:     */s/David F. Standa*
DAVID STANDA
Email: david.standa@gmlaw.com
**GREENSPOON MARDER LLP**
227 W. Monroe Street, Suite 3950
Chicago, IL 60606
Tel: (312) 860-3207

*Attorney for Panamerican Consulting, LLC*

55731638.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division on this 20th day of October 2023 by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record and parties identified below via email:

*Attorneys for Plaintiff*

Bryan Paul Thompson
Rob Harrer
Chicago Consumer Law Center, P.C.
650 Warrenville Road, Suite 100
Lisle, IL 60532
bryan.thompson@cclc-law.com,
rob.harrer@cclc-law.com

Seth Mcormick
Great Lakes Consumer Lae Firm, LLC
73 W. Monroe St., Suite 100
Chicago, IL 60603
seth@glclf.com

By:    */s/David F. Standa*

55731638.1