## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELANIE RADY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANAMERICAN CONSULTING, LLC,<br><br>Defendant. | Case No.: 1:23-cv-15170 |

## STATUS REPORT

Plaintiff, Melanie Rady ("Plaintiff") and Panamerican Consulting, LLC ("Defendant," and together with Plaintiff, the "Parties") submit this status report regarding the status of arbitration, and respectfully report to the Court as follows:

After the Court issued its order compelling this case to arbitration before the American Arbitration Association (the "AAA"), Plaintiff filed a chapter 7 bankruptcy case. The Chapter 7 Trustee of Plaintiff's bankruptcy estate contacted Plaintiff's counsel after the §341 meeting of the unsecured creditors to discuss Plaintiff's claim and the status of the case. The Chapter 7 Trustee then spent several months evaluating the claim and the size of Plaintiff's bankruptcy estate in order to determine whether to proceed with the retention of the undersigned Plaintiff's counsel to pursue the claim on behalf of Plaintiff's unsecured creditors, or to abandon the claim and permit Plaintiff to proceed on the claim individually.

On April 9, 2025, the Chapter 7 Trustee elected to retain the claim and pursue the claim on behalf of Plaintiff's creditors. The Chapter 7 Trustee is in the process of submitting the employment application of Plaintiff's counsel in order to obtain bankruptcy approval of the retention. The Chapter 7 Trustee has indicated to Plaintiff's counsel that the retention should be approved in approximately 14-21 days. After Plaintiff's counsel's employment is approved, counsel will promptly commence the arbitration with the AAA.

In the interim, the Parties have actively pursued settlement and are still discussing the appropriate resolution.

**Dated:** April 24, 2025

| *Counsel for Plaintiff* | *Counsel for Defendant* |
|---|---|
| /s/ *Seth McCormick* | /s/*Sean G. Rohan*_____ |
| Seth McCormick | Sean G. Rohan, Esq. # 6310029 |
| Harrer Law, P.C. | 1 East Wacker Drive, Suite 3400 |
| 650 Warrenville Road, Suite 100 | Chicago, Illinois 60601 |
| Lisle, IL 60532 | (312) 422.6100 (Telephone) |
| Tel. 312-858-3239 | (312) 422.6110 (Facsimile) |
| Fax 312-610-5646 | srohan@ohaganmeyer.com |
| seth@harrerlaw.com | |